FID 14583709

AO 442

SECRET

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED

08 MAR 27 AM 9:32

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

unsealed 03-06-08

UNITED STATES OF AMERICA

V.

Joel Joshua Banning (7)

## WARRANT FOR ARREST

**CASE NUMBER:** 08cr0511-007-BEN

DEPUTY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Joel Joshua Banning (7)

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment [ ] Information [ ] Complaint [ ] Order of Court [ ] Violation Notice [ ] Probation Violation Petition [ ] Pretrial Violation

charging him or her with (brief description of offense)

21:846 and 841(a)(1) - Conspiracy to Distribute Oxycodone and Hydrocodone Bitartrate;
21:841(a)(1) - Distribution of Oxycodone and Hydrocodone Bitartrate;
18:2 - Aiding and Abetting;
21:853(a), and 853(p) - Criminal Forfeiture

DATE 3/6/08
ARRESTED BY DEA
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY maria

In violation of Title See Above United States Code, Section(s)

W. Samuel Hamrick, Jr.
Name of Issuing Officer

Clerk of the Court
Title of Issuing Officer

Signature of Deputy

February 25, 2008 San Diego, CA
Date and Location

Bail fixed at $ by The Honorable William McCurine, Jr.

Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

CLASS I "Z" DEA 3599