BRIAN J. WHITE Bar No. 155198
Attorney at Law
4320 Iowa Street
San Diego, CA 92104
Telephone: (619) 280-8022
Facsimile: (619) 280-8023

Attorney for Defendant,
JOEL BANNING

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JOEL BANNING,<br>Defendant. | Case No. 08 CR 0511<br><br>NOTICE OF MOTION AND MOTION TO:<br><br>1) COMPEL DISCOVERY; AND<br>2) LEAVE TO FILE FURTHER MOTIONS<br><br>Date: April 21, 2008<br>Time: 2:00 p.m. |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND TO TIM SALEL, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on April 21, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, the defendant, Joel Banning, by and through his counsel, Brian J. White, will ask this Court to enter an order granting the motions listed below.

//

//

//

//

//

**MOTIONS**

Defendant, Joel Banning, by and through his attorney, Brian J. White, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

1) compel discovery; and

2) grant leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the attached exhibits, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

Dated: April 4, 2008

/s/ Brian J. White
BRIAN J. WHITE Attorney for
Defendant JOEL BANNING