**PROOF OF SERVICE BY E-FILE**

**UNITED STATES FEDERAL COURT, SOUTHERN DISTRICT**

***United States v. Joel Banning*, Case No. 08CR0511**

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 4320 Iowa Street, San Diego, California 92104.

On April 4, 2008, I served the foregoing documents described as:

Notice of Motions and Motion to: 1) Compel Discovery; and 2) Leave to File Further Motion

on the interested parties in this action by e-filing the above referenced document though the CM/ECF web-site.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 4, 2008, at San Diego, California.

Charity Renfroe

CHARITY RENFROE