BRIAN J. WHITE Bar No. 155198
Attorney at Law
4320 Iowa Street
San Diego, CA 92104
Telephone: (619) 280-8022
Facsimile: (619) 280-8023

Attorney for,
JOEL BANNING

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JOEL BANNING,<br>Defendant. | Case No. 08CR0511-BEN<br>**JOINT MOTION TO LIFT TRAVEL RESTRICTIONS**<br>Date: 9/15/08<br>Time: 2:00 p.m. |

Joel Banning, by and through his attorney, BRIAN J. WHITE, and KAREN P. HEWITT, United States Attorney, by and through TIMOTHY SALEL, Assistant United States Attorney, respectfully move the court to lift the travel restrictions currently imposed as part of his order and conditions of pre-trial release.

This motion is based on the grounds set forth in the accompanying declaration of counsel.

Respectfully Submitted,

DATE: August 22, 2008

/s/ Brian J. White
BRIAN J. WHITE, Attorney for Defendant, JOEL BANNING