**PROOF OF SERVICE BY E-FILE**

**UNITED STATES FEDERAL COURT, SOUTHERN DISTRICT**

***United States v. Joel Banning*, Case No.08CR0511-BEN**

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 4320 Iowa Street, San Diego, California 92104.

On August 22, 2008, I served the foregoing documents described as:

Joint Motion to Lift Travel Restrictions

on the interested parties in this action by e-filing the above referenced document though the CM/ECF web-site.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 22nd day of August, 2008 at San Diego, California.

CHARITY RENFROE