BRIAN J. WHITE Bar No. 155198
Attorney at Law
4320 Iowa Street
San Diego, CA 92104
Telephone: (619) 280-8022
Facsimile: (619) 280-8023

Attorney for
JOEL BANNING

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JOEL BANNING,<br>Defendant. | Case No. 08cr0511-BEN<br>**DECLARATION OF BRIAN J. WHITE IN SUPPORT JOINT MOTION TO LIFT TRAVEL RESTRICTIONS** |

I, BRIAN J. WHITE, declare as follows:

1. I am the attorney of record for defendant Joel Banning.

2. Mr. Banning is charged with conspiracy to distribute hydrocodone bitartrate and oxycodone in violation of 21 U.S.C. §§ 841(a)(1) and 846. Mr. Banning has plead not guilty to all charges in the indictment.

3. Mr. Banning seeks permission to travel outside of San Diego County in search of employment and specifically requests permission to travel throughout Southern California and Arizona.

4. Mr. Banning also requests permission to travel to Kansas in late September to visit his uncle whose health is rapidly deteriorating. Mr. Banning will be accompanied by his parents, who are the sureties on his bond.

5. Assistant United States Attorney, Timothy Salel, has informed me that he has no objection to this motion.

6. For these reasons, the government and I are jointly requesting that the travel restrictions currently imposed be lifted.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 22nd day of August, 2008, in San Diego, California.

/S/Brian J. White
BRIAN J. WHITE