BRIAN J. WHITE Bar No. 155198
Attorney at Law
4320 Iowa Street
San Diego, CA 92104
Telephone: (619) 280-8022
Facsimile: (619) 280-8023

Attorney for,
JOEL BANNING

FILED
AUG 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. CATHY A. BENCIVENGO)

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JOEL BANNING, Defendant. | Case No. 08CR0511 **ORDER** |

**IT IS HEREBY ORDERED** that the travel restrictions prohibiting travel outside of San Diego County be lifted and that Mr. Banning be allowed to travel throughout Southern California, Arizona and Kansas.

Dated: 8/29/08

CATHY A. BENCIVENGO
U.S. DISTRICT COURT JUDGE