KAREN P. HEWITT
United States Attorney
TIMOTHY F. SALEL
Assistant U.S. Attorneys
California State Bar No. 163597
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone No.: (619) 557-6074
Facsimile No.: (619) 557-3445
E-mail: timothy.salel@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE JESUS PERUCH SAENZ (1),<br>aka George,<br>aka G Unit,<br>KARL DELEON MURRAH (2),<br>RAMOND ANDREW DIZON (3),<br>aka Andy,<br>MAGGIE MARIA SIEBEN (4)<br>MARK ALAN KOUNTZ (5),<br>MICHAEL SHAUN TRACY (6),<br>JOEL JOSHUA BANNING (7),<br><br>Defendants. | Criminal Case No. 08CR0511-BEN<br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, Timothy F. Salel, the undersigned Assistant U.S. Attorney, hereby enters my appearance as counsel in the above-captioned case.

| **Name** | **CA Bar No.** | **Telephone No.** | **E-mail Address** |
|---|---|---|---|
| Timothy F. Salel | 163597 | (619) 557-6074 | timothy.salel@usdoj.gov |

I, Timothy F. Salel, hereby certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

Effective this date, the following Government attorney is no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case:

| **Name** | **CA Bar No.** | **Telephone No.** | **E-mail Address** |
|---|---|---|---|
| None | N/A | N/A | N/A |

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

DATED: June 2, 2008

*/S/ TIMOTHY F. SALEL*
TIMOTHY F. SALEL
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE JESUS PERUCH SAENZ (1),<br>aka George,<br>aka G Unit,<br>KARL DELEON MURRAH (2),<br>RAMOND ANDREW DIZON (3),<br>aka Andy,<br>MAGGIE MARIA SIEBEN (4)<br>MARK ALAN KOUNTZ (5),<br>MICHAEL SHAUN TRACY (6),<br>JOEL JOSHUA BANNING (7),<br><br>Defendants. | Criminal Case No. 08CR0511-BEN<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED that:

I, Timothy F. Salel, am a citizen of the United States over the age of 18 years and a resident of San Diego County, CA; my business address is 880 Front Street, San Diego, CA 92101-8893; I am not a party to the above-entitled action.

I have caused service of **NOTICE OF APPEARANCE**, on the following parties, by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies the following parties at their respective e-mail addresses:

(1) EZEKIEL E. CORTEZ – Attorney for JOSE JESUS PERUCH SAENZ (1)
lawforjustice@aol.com

(2) VICTOR MANUEL TORRES – Attorney for KARL DELEON MURRAH (2)
lawforvatos@yahoo.com

(3) SCOTT PACTOR – Attorney for RAMOND ANDREW DIZON (3)
scottpactor@yahoo.com

(4) PAUL W. BLAKE – Attorney for MAGGIE MARIA SIEBEN (4)
paulwblake@cox.net

(5) CASEY J. DONOVAN, JR. – Attorney for MARK ALAN KOUNTZ (5)
donovan2donovan@hotmail.com

(6) BRIAN P. FUNK – Attorney for MICHAEL SHAUN TRACY (6)
bfunkesq@cs.com

(7) BRIAN J. WHITE – Attorney for JOEL JOSHUA BANNING (7)
brianjwhite@sbcglobal.net

I declare under penalty of perjury that the foregoing is true and correct.

DATED: June 2, 2008

*/S/ TIMOTHY F. SALEL*
TIMOTHY F. SALEL
Assistant U.S. Attorney
E-mail: timothy.salel@usdoj.gov